No. 72–5885. SELLARS v. ESTELLE, CORRECTIONS DI-RECTOR. C. A. 5th Cir. Certiorari denied.

No. 72–5890. TATUM v. HAWKINS ET AL. C. A. 7th Cir. Certiorari denied.

No. 72–5894. WILLIAMS v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 72–5900. LEAGUE v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 72–5907. RUSSO v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 72–5914. ANDERSON v. FRODERMAN ET AL. Sup. Jud. Ct. Mass. Certiorari denied.

No. 72–5923. HOLCOMB v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 72–5926. WAGGONER v. CRAMER ET AL. C. A. 6th Cir. Certiorari denied.

No. 72–5927. HINTON v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 72–5937. ODEN v. COX, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 72–5941. WILLIAMS v. PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 72–5944. CARTER v. FERGUSON, JUDGE. C. A. 5th Cir. Certiorari denied.

No. 72–5949. YARNAL v. BRIERLEY, WARDEN. C. A. 3d Cir. Certiorari denied.